NETSCAPE COMMUNICATIONS CORPORATION, Plaintiff/Counterclaim Defendant–Appellee,

and

Microsoft Corporation, Plaintiff/Counterclaim Defendant–Appellee,

and

Sun Microsystems, Inc., Plaintiff–Appellee,

and

America Online, Inc., Counterclaim Defendant–Appellee,

v.

Allan M. KONRAD, Defendant/Counterclaimant–Appellant.

No. 01–1455.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2002.

Before MAYER, Chief Judge, NEWMAN, and PROST, Circuit Judges.

ORDER

A petition for rehearing having been filed by the APPELLANT,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on August 9, 2002.